STARR ASSOCIATES LLP
245 Fifth Avenue, Suite 1102
New York, New York 10016
Tel. (212) 620-2680 / Fax (212) 696-5013
Attorneys appearing: Andrea L. Roschelle (aroschelle@starr-lawfirm.com)
*Attorneys for the Diplomat Centre Condominium*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

                                                          Chapter 11

PRESTON TAYLOR PROJECTS, LLC,

                                                          Case No. 15-10089 (SMB)

                    Debtor.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that:

1.      Under Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b ), and 11 U.S.C.
§§ 102(1), 342 and 1109(b), the undersigned attorneys appear as counsel for *The Diplomat
Centre Condominium,* a party in interest, and request that all notices given or required to be
given in this case and all related cases and proceedings, and all papers served or required to be
served in this case and all related cases and proceedings, be given to and served upon:

Andrea L. Roschelle, Esq.
STARR ASSOCIATES LLP
245 Fifth Avenue, Suite 1102r
New York. New York 10016
Tel. (212) 620-2680 / Fax. (212) 696-5013
Email: aroschelle@starr-lawfirm.com

*Attorneys for the Diplomat Centre Condominium*

2.      The foregoing request includes not only the notices and papers, whether formal or
informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code

sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier, hand delivery, telephone, telegraph, telecopier, electronically, or otherwise, which affect or seek to affect in any way the Debtor, any right or interest of the Debtor, or affects or seeks to affect any rights or interest of any party in interest in this case or any related proceeding.

3.      Neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive the rights of *The Diplomat Centre Condominium,* to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: New York, New York
     February 5, 2015

STARR ASSOCIATES LLP
*Attorneys for the Diplomat Centre Condominium*

By: Andrea Roschelle

Andrea L. Roschelle (aroschelle@starr-lawfirm.com)
245 Fifth Avenue, Suite 1102
New York, New York 10016
Tel. (212) 620-2680 / Fax (212) 696-5013

## CERTIFICATION OF SERVICE

On February 5, 2015, I caused a true copy of the foregoing Notice of Appearance and Request for Notice to be served by United States Postal service first class mail to each party on the attached service list at that party's last known address or at the address designated by such party.

In addition, by filing the Notice of Appearance and Request for Notice on the docket for this case through the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the **"CM/ECF System"),** registered users of the CM/ECF System designated to receive electronic notice of events in this case through the CM/ECF System received notice of the filing in accordance with General Order No. 399 of the United States Bankruptcy Court for the Southern District of New York and Federal Rule of Bankruptcy Procedure 9036.

Dated: New York, New York  
      February 5, 2015

STARR ASSOCIATES LLP  
*Attorneys for the Diplomat Centre Condominium*

By: _____  
    Andrea L. Roschelle (aroschelle@starr-lawfirm.com)  
    245 Fifth Avenue, Suite 1102  
    New York, New York 10016  
    Tel. (212) 620-2680 / Fax (212) 696-5013

## SERVICE LIST

Preston Taylor Projects, LLC
*Debtor*
820 Second Avenue
Suite 7B
New York, New York 10017

W. Charles Robinson, Esq.
C. Robinson & Associates, LLC
*Attorneys for the Debtor*
820 Second Avenue
Suite 7B
New York, New York 10017

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Wells Fargo Bank, N.A., as successor*
*by merger to Wachovia Bank, National Association*
156 West 56th Street
New York, New York 10019

OFFICE OF THE UNITED STATES TRUSTEE
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10004