UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                          :   Case No.15-10089 (SMB)
In re                                     :
                                          :
PRESTON TAYLOR PROJECTS, LLC,             :   (Chapter 11)
                                          :
                      Debtor.             :
                                          :
----------------------------------------------------------
x
```

<u>SCHEDULING ORDER</u>

Based upon the motion (the "Motion") of the United States Trustee to convert or dismiss

this case, and the February 24, 2015 hearing on the Motion, and it appearing that appropriate

notice has been given, and cause existing for the relief requested, it is

ORDERED, that the Debtor file all Bankruptcy Schedules required by 11 U.S.C. § 521

no later than 7 days after the entry of this order, and it is further

ORDERED, that the Debtor file a Local Bankruptcy Rule 1007-2 Affidavit no later than

7 days after the entry of this order, and it is further

ORDERED, that the Debtor file an application to retain counsel so that such application

is heard on March 10, 2015 at 10:00 a.m., and it is further

ORDERED, that the Debtor may not retain its owner, W. Charels Robinson, as counsel,

and it is further

ORDERED, that the Motion is adjourned to March 10, 2015 at 10:00 a.m.

Dated: New York, New York
       February 25th, 2015

                                          **/s/ STUART M. BERNSTEIN**
                                          HONORABLE STUART M. BERNSTEIN
                                          BANKRUPTCY JUDGE