C. ROBINSON & ASSOCIATES, LLC
820 Second Avenue, Ste. 7B
New York, N.Y. 10017
Telephone: (212) 286-0423
Facsimile: (212) 286-0450
wcr@crobinsonllc.com

Attorneys for the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:  Chapter 11

PRESTON TAYLOR PROJECTS, LLC,                :     Case No. 15-10089 (SMB)

                            Debtor.     :
------------------------------------------------------------ X

### AFFIDAVIT OF W. CHARLES ROBINSON PURSUANT TO
### RULE 1007-2 OF THE LOCAL BANKRUPTCY RULES

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NEW YORK )

    1.    I submit this Affidavit pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Procedure for the Southern District of New York.

    2.    I am the sole member of PRESTON TAYLOR PROJECTS, LLC, the debtor and debtor in possession (the "Debtor") in the above-captioned case. This affidavit has been prepared at my direction and I have personal knowledge of the matters set forth herein.

    3.    Unless otherwise indicated, the financial information set forth in this affidavit is unaudited.

### NATURE OF DEBTOR'S BUSINESS AND CIRCUMSTANCES LEADING TO FILING

4. On January 16, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. The Debtor is a limited liability company whose sole member is W. Charles Robinson and has been since its inception and there are no employees.

6. The sole asset of the Debtor is a commercial condominium located at The Diplomat Condominium, 820 Second Avenue, Ste. 7B, New York, N.Y. 10017 ("Condo") and is used exclusively as the law offices of your affiant.

7. The Debtor entered into a contract of sale for the Condo ("Sales Contract") with a sales price of $1,800,000.00 on or about October 24, 2014.

8. The Sales Contract requires the Board of Managers of the Diplomat Condominium ("Board") to make a decision whether it will execute its right of first refusal to purchase the Condo.

9. A request with Proper documentation was submitted to the Board to make a decision regarding its right of first refusal.

10. The Board refused to make a decision regarding its right of first refusal because of a pending action entitled *The Board of Managers of the Diplomat Condominium v. Preston Taylor Projects*, LLC, Index No. TS 300521/10 in the Civil Court for the City of New York, County of New York ("Board Action"), between the Debtor and the Board regarding a disputed special assessment in the approximate amount of $15,000.00.

11. The Board Action is scheduled for trial on March 24, 2015.

12. The Debtor is in foreclosure proceedings in the Supreme Court of the State of New York, County of New York in an action entitled *Wells Fargo Bank, N.A. v. Preston Taylor Projects, LLC, et al.,* Index No. 651836/13 where there are motions pending for summary judgment and appointment of a referee.

13. The Petition was filed to prevent the loss of the sole asset of the Debtor due to the refusal of the Board to exercise its right of first refusal.

14. There are no committees organized prior to the order for relief in this chapter 11 case.

## CLAIMS

15. The following are the only unsecured claims:

    Andrea Roschelle, Esq.
    Starr Associates, LLP
    *Attorneys for the Board of Managers of the Diplomat Condominium*
    245 Fifth Avenue, Ste. 1102
    New York, N.Y. 10016
    (212) 620-2680
    aroschelle@starr-lawfirm.com
    Amount: $10,146.69 approx; contingent, disputed and unliquidated

    NYC Finance
    PO Box 680
    Newark, N.J. 07101
    Manhattan (1), 01336, 1109
    Amount: $25,065.11

16. The following is the only secured claim:

    Leslie S. Barr, Esq.
    WINDELS MARX LANE & MITTENDORF, LLP
    *Attorneys for Wells Fargo Bank, N.A., as successor by merger to Wachovia Bank, National Association*
    156 West 56th Street
    New York, New York 10019
    Tel. (212) 237-10001
    Fax. (212) 262-1215
    Email: lbarr@windelsmarx.com

Amount: $708,000.00

17. The Debtor has no other claims, for or against, assets or liabilities, or property other than those listed above.

Dated: February 3, 2015

_____
W. Charles Robinson
Sole Member