**Exhibit "B"**

# C. ROBINSON & ASSOCIATES, LLC
## ATTORNEYS AT LAW

DIPLOMAT CENTRE
820 SECOND AVENUE
SUITE 7B
NEW YORK, NEW YORK 10017
(212) 286-0423
FACSIMILE (212) 286-0450
wcr@wcrobinsonassociatesllc.com

*GEORGE E. WADE (deceased 2003)
Ret. Supreme Court Justice
Of Counsel

October 28, 2014

**CERTIFIED MAIL: 70130600000109928172**

Dina Levinson, Property Director
DIPLOMAT CENTRE CONDOMINIUM
PHILIPS INTERNATINAL HOLDING
295 Madison Avenue
New York, N.Y. 10017

**RE: PRESTON TAYLOR PROJECTS, LLC to TOM SHIMURA**

Dear Ms. Levinson:

Pursuant to Section 7.3 of the By-Laws regarding "Right of First Refusal," please find enclosed a contract for the sale of the premises at 820 Second Avenue, Ste. 7B, New York, New York.

Your prompt response would be much appreciated.

Sincerely yours,

**C. ROBINSON & ASSOCIATES, LLC**

W. Charles Robinson

Enclosure (1)
CR
cc:    Paul Petras, Esq.
        Geri O'Bannon

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name) CGreenhal
C. Date of Delivery

1. Article Addressed to:

DINA LEVINSON
DIPLOMAT CENTRE CONDO
295 MADISON AVE.
NEW YORK, NY 10017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®    ☐ Priority Mail Express™
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7013 0600 0001 0992 8172

PS Form 3811, July 2013    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.03 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.03 |

Postmark Here

Sent To DINA LEVINSON, DIPLOMAT CTR. COND
Street, Apt. No.; or PO Box No. 295 MADISON AVE.
City, State, ZIP+4 NEW YORK, NY 10017

7013 0600 0001 0992 8172

PS Form 3800, August 2006    See Reverse for Instructions